FILED BY _____ D.C.

2008 JUN 23  AM 9: 43

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
JUDGE:
CASE:

ALDO RENZO, an individual
    Plaintiff(s),

Vs.

ENCORE RECEIVABLE MANAGEMENT, INC.
    Defendant(s),

_____/

08-21773
CIV-COOKE
MAGISTRATE JUDGE
BANDSTRA

# COMPLAINT
### JURY DEMAND

1. Plaintiff, alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k.  Venue in this District is proper because Plaintiff resides here and Defendant sent letters into this District.

## Parties

3. Plaintiff, **ALDO RENZO,** is a natural person who resides in Miami-Dade County, Florida.

Page 1 of 4

4. Defendant, ENCORE RECEIVABLE MANAGEMENT, INC. is believed to be a corporation with its principal place of business at 1201 Hays Street, Tallahassee, FL 32301.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

7. Defendant sought to collect from Plaintiff an alleged debt for arising from a credit card used for personal, family or household purposes.

8. On or about March 3, 2008, Defendant sent Plaintiff a letter attempting to collect the alleged debt. Plaintiff received the letter shortly thereafter. Attached as **EXHIBIT "1"**

9. Based upon information and belief, the letter was Defendant's first communication with Plaintiff with respect to the debt alleged therein.

10. The letter fails to notify the consumer of the original creditor.

11. The letter states the original creditor is "Card Services" which is a non-existing entity.

12. Defendant's notice is an unfair and unconscionable means to collect or attempt to collect a debt.

## COUNT 1

## FAILURE TO PROPERLY NOTIFY PLAINTIFF THE ORIGINAL CREDITOR IN VIOLATION OF 15 U.S.C. § 1692g and § 1692f

13. Plaintiff incorporates Paragraphs 1 through 12.

14. Defendant failed to notify Plaintiff of the original creditor in violation of 15 U.S.C. § 1692g and § 1692f

15. Upon information and belief, other sections of the FDCPA have also been violated.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the Court enter Judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## Jury Trial Demand

Plaintiff is entitled to and hereby demands a trial by jury. US Const. Amend. 7  Fed. R. Civ. Pro. 38.

Dated this 17th day of June of 2008.

Respectfully submitted,
Law Offices of
**GHAZAL& GOMEZ, P. A.**
**ATTN: MICHAEL GOMEZ, ESQ.**
Attorney for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Tel. 954.921.7676
Fax. 954.925.7816

_____
File by: Samira Ghazal, ESQ.
FBN: 0864617

P.O. Box 47248
Oak Park, MI 48237

**Enc●re**
receivable management inc.
400 N Rogers Rd * PO Box 3330 * Olathe KS 66063-3330
Telephone: 866-843-5013

ADDRESS SERVICE REQUESTED

March 03 2008

CONV0466
#BWNNCHH
#0466000010361076#
ALDO RENZO
10801 NW 19 ST
PEMBROKE PINES FL    33026-2279



**Creditor:   Card Services**
For the Account Ending in:   XXXXXXXXXXXXR98N
Encore Account #:             1036107
Total Account Balance:        $2,985.33
Minimum Amount Due:           $725.00

Dear ALDO RENZO:

The above referenced account has been referred to our office for collection. Previous attempts have been made by our client to resolve this debt voluntarily. As of this date, those attempts have not been successful.

Encore Receivable Management, Inc. has been authorized by our client to resolve this debt and we are committed to provide the necessary effort to properly collect this debt. We recommend that you take advantage of this opportunity to pay the minimum amount due to prevent further collection activity.

Please detach the lower portion of this notice and return with your payment in the enclosed envelope.

Note: If payment has already been made, please notify this office at 866-843-5013 to avoid further communications.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

ENCORE RECEIVABLE MANAGEMENT, INC. ● 400 N Rogers Rd. ● PO Box 3330 ● Olathe KS 66063-3330 ● 866-843-5013

*** Detach Lower Portion and Return With Payment ***

**Creditor:   Card Services**
For the Account Ending in:   XXXXXXXXXXXXR98N
Encore Account #:             1036107
Total Account Balance:        $2,985.33
Minimum Amount Due:           $725.00

**Card Services**
Payment Processing Center
PO Box 15137
Wilmington, DE   19850-5137

CONV0466
#BWNNCHH
#0466000010361076#
ALDO RENZO
10801 NW 19 ST
PEMBROKE PINES FL    33026-2279

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
AIDO RENZO

**DEFENDANTS**
ENCORE Receivable

08-21773
CIV-COOKE
MAGISTRATE JUDGE
BANDSTRA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-921-7676
Michael Somez
1930 Tyler St. Hollywood FL 33020

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

DADE-08-21773-CV COOKE-BANDSTRA

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐1 Original Proceeding
- ☐2 Removed from State Court
- ☐3 Remanded from Appellate Court
- ☐4 Reinstated or Reopened
- ☐5 Transferred from another district (specify)
- ☐6 Multidistrict Litigation
- ☐7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Checkboxes for Contract, Torts, Forfeiture/Penalty, Bankruptcy, Other Statutes categories]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
15 U.S.C. § 1692K
FDCPA

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 6/19/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 982595   AMOUNT $350.00   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

06/23/08